IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANE DOE (E.Y.W), an individual,

    Plaintiff,

v.                                                          1:25-cv-01318-KK-JMR

'SAI' INC., d/b/a MOTEL 1,

    Defendant.

## ORDER TO UNSEAL COMPLAINT

THIS MATTER comes before the Court *sua sponte*. On January 6, 2026, the Court issued an Order to Show Cause (Doc. 3) regarding Plaintiff's sealed complaint. The Court advised Plaintiff that if she did not file a response by January 30, 2026 demonstrating a privacy interest sufficient justify filing her Complaint (Doc. 1) under seal, the Court would unseal the complaint without further notice. Plaintiff did not file a response by the deadline.

The Court therefore orders the Clerk's Office to unseal Plaintiff's Complaint (Doc. 1).

_____
JENNIFER M. ROZZONI
United States Magistrate Judge