IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANE DOE (E.Y.W), an individual,

      Plaintiff,

v.                                        1:25-cv-01318-KK-JMR

'SAI' INC., d/b/a MOTEL 1,

      Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 90 days after the complaint is filed, the court—
> on motion or on its own after notice to the plaintiff—must dismiss the action
> without prejudice against that defendant or order that service be made within a
> specified time.

Plaintiff filed her complaint on December 30, 2025. Doc. 1. Plaintiff had through March 30, 2026, to serve the Defendant. The record reflects that plaintiff has done so. Plaintiff has not shown good cause for the failure to serve. *See* FED. R. CIV. P. 4(m).

IT IS THEREFORE ORDERED that to avoid dismissal of this action, Plaintiff must either effect service or provide the Court with a written explanation showing good cause why service has not been made by **Friday, April 24, 2026.**

_____
JENNIFER M. ROZZONI
United States Magistrate Judge