IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANE DOE (E.Y.W), an individual,

      Plaintiff,

v.                                                                                    1:25-cv-01318-KK-JMR

'SAI' INC., d/b/a MOTEL 1,

      Defendant.

## SECOND ORDER TO UNSEAL FILING

THIS MATTER comes before the Court *sua sponte*. Plaintiff filed her Response (Doc. 8) to this Court's Order to Show Cause under seal ("Case Participants Only") without permission from the Court. This is the second time Plaintiff has filed a document under seal without the Court's permission. *See* Doc. 3.

The public has a right to access judicial documents including Plaintiff's filings. *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597–99 (1978). There is no apparent reason why Plaintiff's Response (Doc. 8) should be sealed. As such, the Clerk's Office is ordered to unseal the filing.

Plaintiff may not file a document under seal without the Court's permission again. Counsel may call the Clerk's Office (505-348-2000) for filing assistance.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge