IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANE DOE (E.Y.W), an individual,

     Plaintiff,

v.                                                                    1:25-cv-01318-KK-JMR

'SAI' INC., d/b/a MOTEL 1,

     Defendant.

### SECOND ORDER TO SHOW CAUSE

THIS MATTER is before the Court on Plaintiff's response (Doc. 8) to the Court's Order to Show Cause (Doc. 5). The Court ordered Plaintiff to either effect service or provide the Court with a written explanation showing good cause why service has not been made in this case. Doc. 5 (citing FED. R. CIV. P. 4(m)). In response, Plaintiff asserts that she has properly served the Defendant by serving someone who works at the front desk of Defendant's registered agent's address. Doc. 8.

Plaintiff does not explain how this attempt is legally sufficient service. Plaintiff acknowledges that she has not served Defendant's registered agent, Bhupemra Modi. It is also not clear to the Court whether the front desk worker that Plaintiff served is authorized by law to accept service on Defendant's behalf.

IT IS THEREFORE ORDERED that to avoid dismissal of this action, Plaintiff must either (1) properly serve the Defendant or (2) provide a written response explaining why service was already been perfected by **Friday, April 24, 2026.**

_____
JENNIFER M. ROZZONI
United States Magistrate Judge