IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANE DOE (E.Y.W), an individual,

      Plaintiff,

v.                                       1:25-cv-01318-MIS-JMR

'SAI' INC., d/b/a MOTEL 1,

      Defendant.

**ORDER GRANTING MOTION FOR LIMITED RELIEF**
**REGARDING THE TIMING OF D.N.M.LR-CIV. 26.3(d) DISCLOSURES**

THIS MATTER is before the Court on its Plaintiff's Unopposed Motion for Limited Relief Regarding the Timing of D.N.M.LR-Civ. 26.3(d) Disclosures. Doc. 29. Therein, Plaintiff requests that the Court allow Plaintiff "to provide the information and authorizations required by Local Rule 26.3(d)" within "seven days after entry of the protective order." *Id.* at 1, 3. Having reviewed the motion and the relevant law, the Court will hereby GRANT the motion.

Plaintiff's disclosures required by Local Rule 26.3(d) are due seven days after this Court enters a protective order for this matter. The Court orders the parties to file a motion requesting the Court enter a protective order by **July 20, 2026**, absent a written motion showing good cause for an extension of time.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge