**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JANE DOE (E.Y.W.), an individual,

Plaintiff,

v.

SAI, INC., *d/b/a* Motel 1,

Defendant.

CIVIL ACTION NO: 1:25-cv-1318-MIS-JMR

## STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Jane Doe (E.Y.W.) and Defendant 'SAI' Inc., d/b/a Motel 1, jointly move the Court for entry of the Stipulated Protective Order attached hereto as Exhibit A. In support, the parties state as follows:

1. This case involves allegations of sex trafficking under the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. § 1595.

2. Plaintiff proceeds under a pseudonym, and discovery in this matter may involve Plaintiff's identifying information, mental-health and counseling records, trafficking-related records, sensitive personal and financial information, law-enforcement and third-party records, and non-public business, operational, training, security, insurance, and claims information.

3. The parties agree that a protective order is necessary to permit discovery to proceed while protecting privacy, safety, reputational, commercial, and confidentiality interests implicated by the anticipated discovery.

4. Following the Court's guidance at the Rule 16 scheduling conference and the Court's instruction in ECF 26, the parties reviewed Judge Rozzoni's Guidelines for Proposed

Protective Orders and conferred regarding the form and substance of the attached Stipulated Protective Order.

5.  The parties agree to the need, scope, and form of the attached Stipulated Protective Order and respectfully request that the Court enter it.

6.  Pursuant to Judge Rozzoni's procedures, the parties will submit a Word version of the proposed Stipulated Protective Order to rozzoniproposedtext@nmd.uscourts.gov after this motion is filed.

WHEREFORE, Plaintiff Jane Doe (E.Y.W.) and Defendant 'SAI' Inc., d/b/a Motel 1, respectfully request that the Court grant this Stipulated Motion and enter the Stipulated Protective Order attached as Exhibit A.

Respectfully submitted,

*/s/ Ramsey S. Al-Azem*

| | |
|---|---|
| **SICO HOELSCHER HARRIS, LLP** | **JENNINGS HAUG KELEHER MCLEOD** |
| David E. Harris | **WATERFALL LLP** |
| Ramsey S. Al-Azem | Benjamin F. Feuchter |
| 819 N. Upper Broadway | Jane R. Elliott |
| Corpus Christi, TX 78401 | 201 Third St. NW, Suite 1200 |
| (361) 653-3300 | Albuquerque, NM 87102 |
| (361) 653-3333 Facsimile | (505) 346-4646 |
| dharris@shhlaw.com | bf@jkwlawyers.com |
| ralazem@shhlaw.com | jxe@jkwlawyers.com |

**ATTORNEYS FOR PLAINTIFF**          **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2026, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Ramsey S. Al-Azem*
Ramsey S. Al-Azem